IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANNABEL BURTON and MARK BURTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 18-2239 |
| | ) |
| PIATT COUNTY NURSING HOME and | ) |
| GARY COULTER, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

COMES NOW Annabel Burton and Mark Burton, by and through counsel of record, John A. Baker, and furnishes the following list in compliance with Local Rule 11.3 of this Court.

1. That the full names of the Plaintiffs are Annabel Burton and Mark Burton.

2. That the Plaintiffs are not a corporation.

3. That the law office of Baker, Baker & Krajewski, LLC is the law office representing the Plaintiffs. John A. Baker is the attorney of record in the above captioned proceeding.

                                                Annabel Burton and Mark Burton, Plaintiffs

Date: September 20, 2018        By:   s/ John A. Baker
                                                One of their Attorneys

John A. Baker
Bar #: 6244334
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois  62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: jab@bbklegal.com
(Complaint/burton a m coi 092018)